U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 2 5 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| MELVIN TASSIN (DOC #192651) | DOCKET NO. 08-1042; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| RIVER CORRECTIONAL CENTER, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §1915(e)(2)(b).

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 25th day of February, 2009.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE